UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IN THE MATTER OF THE SUBPOENA
ISSUED TO STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL & GREENFEIG, P.C.

Case No. CCC-03-203

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Sumitomo Corporation and Sumitomo Corporation of America, by their undersigned counsel, hereby dismiss this matter in accordance with Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

Dated: Baltimore, Maryland
January 23, 2003

Kevin F. Arthur (Bar No. 05530)
John A. Bourgeois (Bar No. 11834)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030
(410) 539-1269 (facsimile)

Counsel for Sumitomo Corporation and
Sumitomo Corporation of America

Daniel J. Beller
Jonathan H. Hurwitz
Michael Bahar
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019

Approved
CcBlake
(CCB) 1/24/03

03116/0/00066704.WPDv1